UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK MUCHA,

    Plaintiff,

v.                                            Case No. 6:20-cv-805-Orl-37DCI

FEDERAL RESERVE BANK; and
WELLS FARGO BANK,

    Defendants.
_____

## ORDER

The Court *sua sponte* dismissed Plaintiff's complaint without prejudice for failure to adequately allege subject matter jurisdiction and comply with the Federal Rules of Civil Procedure. (Doc. 4.) The Court allowed Plaintiff until **May 26, 2020** to file an amended complaint correcting the deficiencies, cautioning that failure to timely file will result in closure of this action without further notice. (*Id.* at 3.) To date, Plaintiff has not filed an amended pleading in this case.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to **CLOSE** the file. Should Plaintiff wish to further pursue his claims, he must initiate a new action and pay a new filing fee.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 1, 2020.

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party